THE STATE OF WASHINGTON, *Respondent,* v. EDWIN DWIGHT
CASIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–02343–9, Thomas R. Sauriol, J., entered April 7, 1987. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.